UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETROIS T. DIXSON,<br><br>    Plaintiff,<br><br>    v.<br><br>F. MOHAMMAD,<br><br>    Defendant. | No. 2:24-cv-0332-DJC-SCR P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 25, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  In addition, the Court has reviewed the Magistrate Judge's October 4, 2024 Order (ECF No. 10) which the Court finds is also supported by the record and the proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 14) are adopted in full.

    2. Plaintiff's claims other than the First Amendment retaliation claim and Eighth Amendment excessive force claim against defendant F. Mohammad are dismissed without leave to amend for failure to state a claim.

    3. This case is referred back to the assigned Magistrate Judge for further pretrial proceedings on Plaintiff's First Amendment retaliation claim and Eighth Amendment excessive force claim against defendant F. Mohammad.

IT IS SO ORDERED.

Dated: **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

dixs0332.800

2